Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue   Lubbock, TX 79424
(806) 748-1980 Phone    (806) 748-1956 Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

RICHARD LEE HALL & MELODY RANEE HALL

CASE NO. 10-70014-HDH-13

| | |
|---|---|
| AKA1: | AKA2: |
| DBA1: | DBA2: |
| SS#1: xxx-xx- 3654 | SS#2: xxx-xx- 9729 |

## REPORT OF 341 MEETING

I. 341 MEETING REPORT:

A. Orig. Date:  2/9/2010   Orig. Time:  1:00 PM        Reset Date:         Reset Time:

B. Meeting Results:   Adjourned

C. Debtor(s):   Debtor 1 Appeared        Debtor 2 Appeared

D. Attorney for Debtor(s):   Appeared

E. Creditor Appearance:   None

F. Amount Paid to the Trustee as of   2/9/2010   $574.00    First Payment Due Date:   2/13/2010

G. File Trustee's Motion to Dismiss because

H. B22C Information:    B22C Form is:   Complete

   Budgeted Income:   $3,900.84   Expense:   $3,326.84   Surplus:   $574.00

   Plan Payment:   $574.00 Monthly            Plan Term(Months):   60

I. Value of Non-Exempt Property:       $0.00  Proposed Amount to Unsecured Creditors:       $0.00

   ___ Objection to Exemption of:

   ___ Repeat Filing (If case dismissed, it should be with prejudice)  Previous Case Numbers:

   ___ Object to Invoke Stay Pleading

   ___ Case Converted from Chapter 7, Bar Date Set:   5/10/2010   Date Converted from Chapter 7:

J. Required Information:   Good

K. Business Information:

L. Object to Confirmation:   No

   None at this time

M. Financial Management Class:   Debtor 1 Appeared        Debtor 2 Appeared

N. Eligibility:

   Certificate of Credit Counseling Filed:   Both Debtor 1 and Debtor 2

   Credit Counseling Provider Approved:                Yes

   Debt Limits Exceeded (Secured-$1,010,650; Unsecured-$336,900):    No

O. Domestic Support Obligation:   $0.00   Current:       Arrears:   $0.00

   Affidavit and Disclosure of Domestic Support Obligations Received:   Yes

P. Remarks:   **************AGREED TO CONDUCT AS THE LAST MEETING IN THE HOUR******************************
   Questions
     -Mrs employed?
       -When, where, salary, need stubs
   No
     -CPS has order the family to maintain separate households?
   Yes
       -Is there a time frame to be considered or will this be a long term situation?
   Long Term
   Objections
     -None at this time

Dated:   2/9/2010                                    /s/ Walter O'Cheskey

Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue   Lubbock, TX 79424
(806) 748-1980 Phone     (806) 748-1956 Fax

Standing Bankruptcy Trustee
By:       Brent Hagen

Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue   Lubbock, TX 79424
(806) 748-1980 Phone     (806) 748-1956 Fax

Case 10-70014-hdh13    Doc 12    Filed 02/09/10    Entered 02/09/10 14:07:36    Desc Page 2 of 4

Standing Bankruptcy Trustee
By:       Brent Hagen

| Case Number: | 10-70014 | | | | |
|---|---|---|---|---|---|
| Debtor: | Hall | | | | |
| Attorney: | MJW | | | | |
| Presiding Officer: | Brent Hagan | | | | |
| Calculation Date: | | | | | 2/9/2010 9:40 |

| Domestic Support   Input name from Plan | Arrears  Enter amount from Plan | Int. Rate  Enter from Plan | Term  Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Secured Creditor/Collateral Input name from Plan | Value/Claim Amount  Enter amount from Plan | Int. Rate  Enter from Plan | Term  Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| Citifinancial | $7,025.00 | 9.00% | 44 | $188.04 | $8,273.84 |
| Wells Fargo | $9,700.00 | 9.00% | 44 | $259.64 | $11,424.37 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Priority Creditor    Input name from Plan | Value/Claim Amount  Enter amount from Plan | | Term  Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |

| | | |
|---|---|---|
| **Attorney Fees**   Paid Through the Plan | $2,719.00 | $2,719.00 |
| **Noticing Fees** | $67.68 | $67.68 |
| **Clerk Filing Fees** | $0.00 | $0.00 |

| | | | |
|---|---|---|---|
| **Hardacre Minimum** | $0.00 | <-------------- | |
| Chapter 7 Minimum (Gross) | $0.00 | | |
| Less Trustee Fees | $0.00 | | |
| Less Attorney Fees | $2,719.00 | | |
| Less Noticing Fees | $67.68 | Greater Of ---------> | $0.00 |
| Less Clerk Filing Fees | $0.00 | | |
| Less Scheduled Priority Claims | $0.00 | | |
| Less Other (Explain Below) | $0.00 | | |
| **Chapter 7 Minimum (Net)** | $0.00 | <-------------- | |

| | |
|---|---|
| Total Scheduled General Unsecured Claims (Limits Greater of Hardacre or Chapter 7 Minimum) | $39,933.00 |

| | |
|---|---|
| Calculated Base (Admin, Secured, Priority, DSO, Lower of Minimum or Sched U/S & Trustee Fee) | $24,975.69 |
| Debtor Plan Base (Monthly Payment X Term) | $34,440.00 |
| Surplus (Debtor Plan Base - Calculated Base) | **$9,464.31** |

**Comments:**

| | | |
|---|---|---|
| **Case Number:** | | 0 |
| **Debtor:** | | 0 |
| **Attorney:** | | 0 |
| **Presiding Officer:** | | 0 |
| **Calculation Date:** | | **2/9/2010 9:40** |

| | | |
|---|---|---|
| **Schedule I Gross Income** | | $4,252.10 |
| **Less Line 57 B22C** | | $5,424.06 |
| | | |
| **Adjustments (Enter as positive to add, negative to subtract)** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Adjustment out | | $1,171.96 |
| | | |
| **Month Disposable Income Available** | | $0.00 |
| **Multiplier** | | 60 |
| **Minimum to Unsecureds** | | **$0.00** |

**Comments:**